**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X

DAVID BOBB, on behalf of himself and on behalf of other similarly-situated individuals,

                      Plaintiff,

      -against-

JUNG SIK DANG, CORP., d/b/a JUNGSIK, and JUNG SIK YIM, in his professional and individual capacities,

                      Defendants.

------------------------------------------------------------------ X

Civil Case No. 17-cv-00090 (LTS)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Jeanne M. Christensen, and exhibits attached thereto, Plaintiff David Bobb, on behalf of himself and of class of individuals he seeks to represent in the above-captioned matter, without opposition from Defendants Jung Sik Dang, Corp. d/b/a Jungsik ("Jungsik") and Jung Sik Yim (together, "Defendants"), will move this Court, before The Honorable Laura Taylor Swain, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time set at the Court's earliest convenience, to respectfully request an order granting Plaintiff's Unopposed Motion for Final Approval of Class Settlement and Payment of Service Award. Undersigned counsel, Wigdor LLP, will separately move this Court to respectfully request approval of counsel's Unopposed Motion for Approval of Attorneys' Fees and Expenses.

Dated: January 12, 2018
      New York, New York        Respectfully submitted,

                                        **WIGDOR LLP**

By: _____
     Jeanne M. Christensen
     Tanvir H. Rahman

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
jchristensen@wigdorlaw.com
trahman@wigdorlaw.com

*Attorneys for Plaintiff
and Class Counsel*